Tammy Hussin
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, California 92011
Telephone: (855) 301-2100 Ext. 5514
Facsimile: (203) 653-3424

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nikki Lennertz  *f/k/a* NIKKI TEITLEBAUM <br><br> PLAINTIFF(S) <br> v. <br><br> Asset Recovery Associates; and DOES 1-10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV12-09470-JC** <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):   Asset Recovery Associates

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Tammy Hussin, of counsel Lemberg & Associates</u>, whose address is <u>6404 Merlin Drive, Carlsbad, CA 92011</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __11/5/2012__     By: _____
                                     Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                     **SUMMONS**

*36964*

Law firm ref#: 7144-001 LENNERTZ, NIKKI 7144-001 LENNERTZ, NIKKI

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

**NIKKI LENNERTZ A/K/A NIKKI TEITLEBAUM,**

    Plaintiff(s),

vs.

**ASSET RECOVERY ASSOCIATES; AND DOES 1-10, INCLUSIVE,**

    Defendant(s).

Case No.: CV12-09470-JC



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Nancy Porter, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I have been appointed by the court to serve process in the above mentioned cause and/or am a special appointed process server, a licensed private investigator, and/or an employee/agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **ASSET RECOVERY ASSOCIATES**

I, Served the within named defendant on November 20, 2012 @ 9:53 AM

CORPORATE SERVICE: by leaving a copy of this process with **BRIAN COHEN**. (Title): **OFFICE MANAGER**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **SUMMONS; COMPLAINT FOR DAMAGES 1. VIOLATION OF FAIR DEBT COLLECTIONPRACTICES ACT, 15 U.S.C. 1692 ET. SEQ; 2. VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT, CAL. CIV.CODE 1788 ET. SEQ.; JURY TRIAL DEMAND; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (FOR USE IN MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT CASES ONLY)**

ADDRESS WHERE SERVED: **C/O REGISTERED AGENT MARIO BIANCHI 1919 S. HIGHLAND AVE., SUITE 225A, Lombard, IL 60148**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: **Male** – Skin: **Caucasian** – Hair: **Brown** – Approx. Age: **34** – Height: **5ft 09in** – Weight: **170 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of ___IL___

                Nancy Porter

County of ___DuPage___

This instrument was subscribed and sworn to before me on __11/26/12__ (date)
By __Nancy A Porter__ (name/s of person/s)

_Signature of Notary Public_

**Official Seal**
**Sean Porter**
**Notary Public State of Illinois**
**My Commission Expires Feb.16, 2016**

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL 60606
312.752.1992